IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL PATRICK BURNETT, )
)
Plaintiff, )
)
v. )
) 1:22-cv-479
OFFICE OF THE SHERIFF/ D.O.N, )
OFFICER/CO HOOD, L.T. RICHARDS, )
CORP. SANDS, OFFICER BOGNER, )
and NAPHCARE, INC., )
)
Defendants. )

## ORDER

On July 31, 2023 the United States Magistrate Judge's Memorandum Opinion and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 36, 37.) No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 36), is **ADOPTED. IT IS FURTHER ORDERED** that Defendant NaphCare, Inc.'s Motion to Dismiss, (Doc. 18), is **GRANTED**, for failure to state a claim and that any claim against NaphCare, Inc., is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that Defendants Lt. Richards and Corp. Sands's Motion to Dismiss, (Doc. 22), is **GRANTED**, and that the claims against Defendants Lt. Richards and Corp. Sands are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendants "Office of the Sheriff/D.O.N" Director of Nurses, Officer Hood, and Officer Bogner are **DISMISSED WITHOUT PREJUDICE,** and this action is hereby **DISMISSED**.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 8 day of January, 2024.

_____
United States District Judge